| | |
|---|---|
| 1  CRAIG H. MISSAKIAN (CABN 125202)<br>   United States Attorney<br>2<br>   MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  DANIEL PASTOR (CABN 297948)<br>   Assistant United States Attorney<br>5<br>        450 Golden Gate Avenue, Box 36055<br>6       San Francisco, California 94102-3495<br>        Telephone: (415) 436-7200<br>7       FAX: (415) 436-7234<br>        daniel.pastor@usdoj.gov<br>8<br>   Attorneys for United States of America | **FILED**<br><br>Dec 30 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE GUZMAN REYES,<br><br>  Defendant. | CASE NO. 3:25-mj-71531 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about December 30, 2025, the above-named defendant was taken into federal custody pursuant to an arrest warrant (copy attached) issued upon an:

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Supervised Release Violation Petition

pending in the Middle District of Georgia, Case Number **1:25-CR-00022**.

The Indictment (attached) contains twenty counts. Count One alleges Interstate Travel with Intent to Engage in a Sexual Act with a Minor in violation of 18 U.S.C. § 2423(b). Counts 2-10 allege

Rule 5 Notice

Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and (e).  Counts 11-19 allege Distribution of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b). Count Twenty alleges Transfer of Obscene Material to a Minor in violation of 18 U.S.C. § 1470.

The maximum penalties are as follows. For Production of Child Pornography, the maximum penalty per count is 30 years in prison with a mandatory minimum term of 15 years in prison and a $250,000 fine. For Distribution of Child Pornography, the maximum penalty per count is 20 years in prison with a mandatory minimum term of 5 years in prison and a $250,000 fine. Both offenses may result in a lifetime of supervised release with a minimum term of supervised release of 5 years. There is a $100 special assessment for each count of conviction.

Date:  December 30, 2025                                   Respectfully Submitted,

                                                           CRAIG H. MISSAKIAN
                                                           UNITED STATES ATTORNEY

                                                           */s/ Daniel Pastor*
                                                           DANIEL PASTOR
                                                           Assistant United States Attorney

Rule 5 Notice

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

NOV 19 PM 12:03
RCVD NOV 19 2025

United States of America
v.

JOSE GUZMAN REYES
*Defendant*

Case No. 1:25-CR-22

2620-1119-0129-J
FID# 11890365
USMS#

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSE GUZMAN REYES,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:2423(b) Interstate Travel with Intent to Engage in a Sexual Act with a Minor
18:2251(a) and (e) Production of Child Pornography
18:2252A(a)(2) and (b) Distribution of Child Pornography
18:1470 Transfer of Obscene Material to a Minor

Date: November 19, 2025

s/ Michelle Paschal
*Issuing officer's signature*

City and state: Albany, Georgia

Michelle Paschal, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/19/2025, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____     _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Click here to enter text.
Known aliases: _____
Last known residence:  Click here to enter text., Click here to enter text.
Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth:  Click here to enter text.
Social Security number:  Click here to enter text.
Height: _____   Weight: _____
Sex: _____   Race: _____
Hair: _____   Eyes: _____
Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 1:25-CR- 22 |
| | : |
| JOSE GUZMAN REYES, | : VIOLATIONS:  18 U.S.C. § 2423(b) |
| | :  18 U.S.C. § 2251(a) |
| | :  18 U.S.C. § 2252A(a)(2) |
| | :  18 U.S.C. § 1470 |
| Defendant. | :  18 U.S.C. § 1467 |
| | :  18 U.S.C. § 2253 |
| | :  18 U.S.C. § 2428 |
| | :  28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Interstate Travel with Intent to Engage in a Sexual Act with a Minor)**

On or about July 7, 2025, in the Albany Division of the Middle District of Georgia and elsewhere, the Defendant,

**JOSE GUZMAN REYES,**

did travel in interstate commerce, from San Jose, California to Albany, Georgia, for the purpose of engaging in a sexual act with a person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

### COUNTS TWO THROUGH TEN
**(Production of Child Pornography)**

Beginning on or about July 8, 2025, and continuing to on or about July 10, 2025, in the Albany Division of the Middle District of Georgia, the Defendant,

**JOSE GUZMAN REYES,**

did employ, use, persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to wit: a 14-year-old female child, to engage in sexually explicit conduct for the purpose

of producing a visual depiction of such conduct as further described below in Table A, each depiction constituting a separate count, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer:

TABLE A

| Count | Description |
| --- | --- |
| 2. | A video of an adult male touching minor female child's genitalia, Item ID No. 52884. |
| 3. | A video of a minor female child engaging in vaginal sex with an adult male, Item ID No. 52886. |
| 4. | A video of a minor female child engaging in vaginal sex with an adult male, Item ID No. 53046. |
| 5. | A video of a minor female child engaging in vaginal sex with an adult male, Item ID No.53654 |
| 6. | A video of a minor female child performing oral sex on an adult male, Item ID No. 53656. |
| 7. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53660. |
| 8. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53665. |
| 9. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53720. |
| 10. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53711. |

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNTS ELEVEN THROUGH NINETEEN
**(Distribution of Child Pornography)**

That on or about July 22, 2025, in the Albany Division of the Middle District of Georgia, the Defendant,

**JOSE GUZMAN REYES,**

2

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely nine (9) videos as further described below in Table B, each video constituting a separate count, depicting an adult male engaging in sexually explicit conduct with a minor female child, said visual depictions had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means and facility of interstate and foreign commerce, including by computer:

TABLE B:

| Count | Description |
|---|---|
| 11. | A video of an adult male touching minor female child's genitalia, Item ID No. 52884. |
| 12. | A video of a minor female child engaging in vaginal sex with an adult male, Item ID No. 52886. |
| 13. | A video of a minor female child engaging in vaginal sex with an adult male, Item ID No. 53046. |
| 14. | A video of a minor female child engaging in vaginal sex with an adult male, Item ID No.53654 |
| 15. | A video of a minor female child performing oral sex on an adult male, Item ID No. 53656. |
| 16. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53660. |
| 17. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53665. |
| 18. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53720. |
| 19. | A video of an adult male performing oral sex on a minor female child, Item ID No. 53711. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT TWENTY
**(Transfer of Obscene Material to a Minor)**

On or about July 22, 2025, in the Albany Division of the Middle District of Georgia, the Defendant,

**JOSE GUZMAN REYES,**

3

did by means of interstate or foreign commerce, knowingly transfer obscene matters to an individual under the age of sixteen, to wit: a 14-year-old female child, knowing that such individual had not attained the age of sixteen.

All in violation of Title 18, United States Code, Section 1470.

## FORFEITURE NOTICE
## (18 U.S.C. § 1467, 18 U.S.C. § 2253, 18 U.S.C. § 2428, and 28 U.S.C. § 2461 - Criminal Forfeiture)

1. The allegations contained in Counts One through Twenty of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 1467; Title 18, United States Code, Section 2253; and/or Title 18, United States Code, Section 2428, in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 2423(b) set forth in Count One of this Indictment, the defendant, **JOSE GUZMAN REYES**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2428: any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s); and/or any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation.

3. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2251(a) and (e) set forth in Counts Two through Ten; and/or Title 18, United States Code, Sections 2252A(a)(2) and (b) set forth in Counts Eleven through Nineteen of this Indictment, the defendant, **JOSE GUZMAN REYES**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

 (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 . . . or any book, magazine,

4

           periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b)    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c)    Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s), or any property traceable to such property.

4.    Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 1470 set forth in Count Twenty of this Indictment, the defendant, **JOSE GUZMAN REYES**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 1467: any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

5.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon exercise of due diligence;

(b)    has been transferred, sold to or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1467(b), 2253(b), and 2428(b).

All pursuant to 18 U.S.C. §§ 1467, 2253, 2428, and 28 U.S.C. § 2461.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented by:

VERONICA HANSIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 18 day of NOV, 2025.

Deputy Clerk

6